Minnie Rosthal Tannenbaum, Appellant, v. The City of New York, Respondent.— Judgment affirmed, with costs. No opinion.

Joseph H. White, Respondent, v. James A. Douglas, Appellant, Impleaded with Herman Fromme.— Judgment affirmed, with costs. No opinion.

Emma Cohn, Respondent, v. Catskill Mountain Railway Company, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of Clark W. Dunlop. Eliza C. Dunlop, Individually and as Executrix, etc., of Clark W. Dunlop, Deceased, Appellant; Gilbert Ray Hawes and Others, Respondents.— Appeals dismissed, without costs. No opinion.

Amos Edward Woodruff, Appellant, v. Elinor W. Squier, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Watterson Steam Heating Company, Appellant, v. Mitchell L. Erlanger, as Sheriff of the County of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Edward Harding, as Assignee of S. Frederic Mills and Others, Individually and as Copartners under the Firm Name of Mills Brothers & Company, Appellant, v. Katherine M. Churchman, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Emma B. Stewart, Respondent, v. William J. Stewart, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. Patrick Shanley, Appellant, v. Theodore A. Bingham, as Police Commissioner of the City of New York, and Others, Respondents. (No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion.

Cornelius F. Kingsland, Plaintiff, v. Helen Schermerhorn Morris and Others, Defendants, Impleaded with Grace Sutton Milliken, Appellant, and Mitchel Valentine, as Executor, etc., of Alexander Valentine, Deceased, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

William Kerner and Harris Sokolski, Appellants, v. Theodore A. Bingham, as Commissioner of Police of the City of New York, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Jules P. Stern v. D. Phenix Ingraham.— Application granted.

The People of the State of New York v. Samuel Miller.— Motion denied on condition that appellant have his appeal ready for argument at the October term.

Edward A. Turnbull v. George R. Jones.— Motion granted, with ten dollars costs.

United States Trust Company v. Charlotte Greenough.— Motion granted, with ten dollars costs.

Elizabeth Reich v. Eva S. Cochran.— Motion granted, with ten dollars costs.

Alice M. Sponheimer v. New York City Railway Company.— Motion denied on payment of ten dollars costs.

Arthur J. Gormley v. Conrad M. Braker.— Motion denied on condition that appellant have his appeal ready for argument at the October term.

In the Matter of Opening West One Hundred and Sixty-third Street.— Motion granted, with ten dollars costs.